**Dismissed and Opinion Filed October 26, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01064-CV

**BILL E. LEAVELL AND BARBARA J. LEAVELL, Appellants**

**V.**

**INMAN A PLUS GUTTERS, PAINTING & SHEET METAL, INC., Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-14-1513**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The Court has before it appellants' and appellee's agreed motion for non-suit. The parties represent that they have reached a "full and final settlement of all issues" pending on appeal.

We **GRANT** the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

161064F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

BILL E. LEAVELL AND BARBARA J.
LEAVELL, Appellants

No. 05-16-01064-CV      V.

INMAN A PLUS GUTTERS, PAINTING &
SHEET METAL, INC., Appellee

On Appeal from the 59th Judicial District
Court, Grayson County, Texas
Trial Court Cause No. CV-14-1513.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Pursuant to their agreement, each party shall bear their costs incurred in this appeal.

Judgment entered October 26, 2016.